```
 1  MITCHELL D. GLINER, ESQ.
    Nevada Bar #003419
 2  3017 West Charleston Blvd., #95
    Las Vegas, NV  89102
 3  (702) 870-8700
    (702) 870-0034 Fax
 4  Attorney for Plaintiff
```

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| ANGELA HERNANDEZ,<br><br>         Plaintiff,<br><br>vs.<br><br>GLOBAL CREDIT & COLLECTION CORPORATION,<br>a foreign corporation,<br><br>         Defendant. | No. 2:10-cv-01702-PMP-LRL |

**STIPULATED DISCOVERY PLAN AND SCHEDULING ORDER**

The parties herein, through their respective counsel, hereby stipulate to the following Discovery Plan and Scheduling Order pursuant to Local Rule 26-1.

1. Discovery in this action shall be completed on or before: June 3, 2011.

2. Amendments to pleadings and addition of parties: required on or before: March 3, 2011.

3. Federal Rule of Civil Procedure 26(a)(2) Disclosures (Experts): required on or before: April 4, 2011.

4. Interim status report compliant with LR 26-3: required on or before: April 4, 2011.

5. Disclosure respecting rebuttal experts: required on or before: May 3, 2011.

    6.  Dispositive Motions: required on or before: July 5, 2011.

    7.  Pretrial Order: required on or before: August 3, 2011, or 30 days after decision deciding dispositive motion.

DATED: December 6, 2010.

| MITCHELL D. GLINER, ESQ. | STEPHENSON & DICKINSON, P.C. |
|---|---|
| *(signature)* | /s/ Michael Hottman |
| MITCHELL D. GLINER, ESQ.<br>Nevada Bar No. 003419<br>3017 W. Charleston Blvd. # 95<br>Las Vegas, Nevada 89102<br>Attorney for Plaintiff | MICHAEL HOTTMAN, ESQ.<br>Nevada Bar No. 0008501<br>2820 W. Charleston, #19<br>Las Vegas, Nevada 89102<br>Attorneys for Defendant |

IT IS SO ORDERED:

*(signature) Leavitt*

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 12-16-10

2