MITCHELL D. GLINER, ESQ.
Nevada Bar #003419
3017 West Charleston Blvd., #95
Las Vegas, NV  89102
(702) 870-8700
(702) 870-0034 Fax
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

ANGELA HERNANDEZ,

    Plaintiff,

vs.

GLOBAL CREDIT & COLLECTION CORPORATION,
a foreign corporation,

    Defendant.

No. 2:10-cv-01702-PMP-GWF

STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

Pursuant to F.R.C.P. 41(a)(1)(ii) and local rule 7-1(b) it is hereby stipulated by the parties hereto that the above-entitled matter be dismissed with prejudice, each party to bear their costs and attorney's fees.

DATED: March 10, 2011.

MITCHELL D. GLINER, ESQ.

_____
MITCHELL D. GLINER, ESQ.
Nevada Bar #003419
3017 W. Charleston Blvd., #95
Las Vegas, Nevada  89102
Attorney for Plaintiff

STEPHENSON & DICKINSON

_____
MICHAEL HOTTMAN, ESQ.
Nevada Bar #008501
2820 W. Charleston, Ste. 19
Las Vegas, NV 89102
Attorneys for Defendant

IT IS SO ORDERED this 15th day of April, 2011.

_____
UNITED STATES DISTRICT JUDGE